# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

FRANCESCA TUONI,

    Plaintiff,

v.                                                                             Case No. 1:16-cv-1291 GBW-KBM

METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY,
DBA METLIFE AUTO & HOME

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW Defendant Metropolitan Direct Property and Casualty Insurance Company ("Metropolitan"), improperly named as Metropolitan Property and Casualty Insurance Company, dba MetLife Auto & Home, by and through its attorneys of record, Butt Thornton & Baehr PC (James H. Johansen and Amy E. Headrick), and advises the Court that all matters between the parties have been resolved. The parties will jointly work to complete the necessary settlement documentation and forward a Motion and Order of Dismissal to the Court.

                                            Respectfully Submitted,

                                            BUTT THORNTON & BAEHR PC

                                            /s/ *James H. Johansen*
                                            James H. Johansen
                                            Amy E. Headrick
                                            *Attorney for Defendant Metropolitan*
                                            *Property and Casualty Insurance Company*
                                            P.O. Box 3170
                                            Albuquerque, NM  87190-3170
                                            Telephone:  (505) 884-0777
                                            jhjohansen@btblaw.com
                                            aeheadrick@btblaw.com

I hereby certify that on the 26th day of September, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by e-mail; and electronic means, as more fully reflected on the Notice of Electronic filing:

John Tiwald, Esq.
John Tiwald, PC
6121 Indian School Rd. NE, #210
Albuquerque, NM  87110
(505) 833-4133
john@tiwaldlaw.com

/s/ *James H. Johansen*
James H. Johansen