# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FRANCESCA TUONI,

     Plaintiff,

v.                            Civ. No. 16-1291 GBW/KBM

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,

     Defendant.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final

Order, under Fed. R. Civ. P. 58, DISMISSING this action WITH PREJUDICE.

**IT IS SO ORDERED.**

_____

GREGORY B. WORMUTH
United States Magistrate Judge
**Presiding by consent**